CAYLA WITTY
Nevada Bar No. 12897
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Cayla.Witty@lewisbrisbois.com
702.893.3383
FAX: 702.893.3789

Attorneys for Cardivan, LLC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman,<br><br>        Plaintiff,<br><br>vs.<br><br>Cardivan, LLC,<br><br>        Defendant. | CASE NO. 2:17-cv-00523-GMN-GWF<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO EXTEND PERIOD TO FILE**<br>**RESPONSIVE PLEADING**<br><br>**[First Request]** |

IT IS HEREBY STIPULATED AND AGREED between the parties, through their respective counsel, as follows:

Plaintiff filed his Complaint on March 24, 2017, ECF 1.

Plaintiff served Defendant with his Complaint on March 27, 2017.

Defendant's responsive pleading is currently due May 8, 2017.

Counsel for the Parties have met and conferred regarding an agreed extension of the briefing schedule for Defendant's responsive pleading. Defendant seeks this extension in light of the complex nature of the allegations and the opportunity for full investigation of the alleged claims against this Defendant. This is the first request for an extension of the time to file a responsive pleading.

/ / /

/ / /

4829-2491-5272.1

THEREFORE, the Parties hereby respectfully stipulate and request that Defendant shall have until Tuesday, May 30, 2017 to file their responsive pleading to Plaintiff's Complaint.

IT IS SO STIPULATED.

DATED this 8th day of May, 2017.

/s/ *Whitney C. Wilcher*
_____
Whitney C. Wilcher, Esq.
Nevada Bar No. 7212
THE WILCHER FIRM
8465 West Sahara Avenue, Suite 111-236
Las Vegas, NV 89117

*Attorney for Plaintiff*

DATED this 8th day of May, 2017.

/s/ *Cayla Witty*
_____
Cayla Witty, Esq.
Nevada Bar No. 12897
LEWIS BRISBOIS BISGAARD
& SMITH LLP
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118

*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.

DATED this 9th day of ___May___, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

4829-2491-5272.1

2