Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an Individual, | Civil Action No: 17-cv-00523-GMN-GWF |
| Plaintiff, | |
| v. | **[PROPOSED] STIPULATION AND ORDER TO AMEND COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)(2)** |
| Cardivan, LLC, | |
| Defendant, | **[FIRST REQUEST]** |

Plaintiff, Kevin Zimmerman, and Defendant, Cardivan, by and through undersigned counsel, hereby stipulate that Plaintiff's Complaint may be amended pursuant to Federal Rule of Civil Procedure 15(a)(2) to name Nevada CVS Pharmacy, LLC in place of Cardivan, LLC .

The Parties file this Stipulation pursuant to Rule 15(a)(2), which states, in relevant part, "a party may amend its pleading… only with the opposing party's written consent…." Defendant has provided his written consent to the filing of this Stipulation. Plaintiff will file the First Amended Complaint contemporaneously with this Stipulation.

4844-6903-6873.1

The caption shall be amended to read *Kevin Zimmerman v. Nevada CVS Pharmacy, LLC*.

Nevada CVS Pharmacy, LLC shall have twenty-one (21) days from May 30, 2017 to file a responsive pleading to the First Amended Complaint.

**RESPECTFULLY** submitted this 30th day of May, 2017.

/s/ Whitney C. Wilcher
Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

/s/ *Cayla Witty*
Cayla Witty
LEWIS BRISBOIS
6385 S Rainbow Blvd. Ste 600
Las Vegas, NV 89118
Cayla.Witty@lewisbrisbois.com

## **ORDER**

IT IS SO ORDERED.

DATED August 7, 2017

_____
UNITED STATES MAGISTRATE JUDGE